# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tashami Sims,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Aramark Inc., et al.<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00016-RFB-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff Tashami Sims' motion for a copy of his case and request for a form application to proceed *in forma pauperis*. (ECF No. 14). Plaintiff explains that he does not remember his case number and that, when he first filed his case, he attached all his exhibits and has lost the originals. (*Id.*). The Court interprets Plaintiff's motion as requesting a copy of the docket sheet and his initial complaint and grants his request. The Court also grants Plaintiff's request for an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for a copy of his case (ECF No. 14) is **granted.** The Clerk of Court is kindly directed to mail Plaintiff the following:

- A copy of the docket sheet in this case.
- A copy of Plaintiff's application to proceed *in forma pauperis* and his attached complaint (ECF Nos. 1 and 1-1).
- A copy of the application to proceed *in forma pauperis* by an inmate and its accompanying instruction packet.[1]

---

[1] This can also be found at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nvd.uscourts.gov/wp-content/uploads/2020/12/IFP-Inmate-Packet-Effective-12-1-20-FINAL.pdf

- A copy of the instructions for filing a civil rights complaint by an incarcerated individual and attached civil rights complaint.[2]

DATED: October 6, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This can also be found at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nvd.uscourts.gov/wp-content/uploads/2021/11/Final-1983-Complaint-and-Instructions.pdf